FILED

Nov 4  3 21 PM '13
U.S. ...
BY____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION ) | Case No.:   2:13-mj-00882-VCF |
| OF MARC ADAM TO CANADA                    ) | COMPLAINT for violation of Title 18, United States Code, Section 3184, *Provisional Arrest with a View Towards Extradition* |
| Defendant.                                              ) | |

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to the Government of Canada (the "Requesting State").

2. There is an Extradition Treaty, as amended by Protocols, in force between the United States and Canada, 27 UST 983, TIAS 8237.

3. The treaty provides in Article 11 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4. In accordance with Article 11 of the Treaty, the Government of Canada has asked the United States for the provisional arrest of Marc Adam with a view towards his extradition.

5. According to the information provided by the Requesting State, Marc Adam was

1  charged on October 29, 2013, in the District of Kamouraska in the Province of Québec with one
2  count of abduction of his two children in contravention of section 283 of the Criminal Code of
3  Canada. A warrant was issued for the arrest of Marc Adam.

4        6.     The warrant was issued based on the following facts: On October 28, 2013,
5  Solange Bergeron contacted investigators from the Gatineau City Police Department, which is
6  located in the province of Québec. She reported to the investigators that she has been married
7  to Marc Adam since 1998, and that they have two children together, Ali Adam (13 years-old)
8  and Nader Adam (11 years-old). On October 28, 2013, Marc Adam left Canada with the two
9  children in his Sienna Toyota vehicle, license plate K06 FXIM (Québec), for the United States,
10 without consent of, or notifying, the mother. Ms. Bergeron further advised that on October 28,
11 2013, she spoke with Marc Adam, who advised that he was going to California. She repeatedly
12 asked him to return the children. He refused. The Canadian investigators confirmed with
13 United States Customs and Enforcement Protection that Marc Adam entered the United States
14 on October 28, 2013, at Ogdensburg, in New York.

15       7.     The offense for which Marc Adam has been charged is provided for in Article 2
16 of the extradition Treaty cited above.

17       8.     From October 28, 2013 through November 2, 2013, the whereabouts of Marc
18 Adam and his children were unknown. Marc Adam told his wife in their telephone
19 conversation of October 28, 2013 that he was going to Los Angeles, California. On October 31,
20 2013, Canadian authorities received information from one of the classmates of one of the
21 abducted boys stating the father and children were in St. Louis, Missouri. Then, on or about
22 November 3, 2013, law enforcement received information that Marc Adam and his children
23 were in Las Vegas, Nevada. As a result of that information, Marc Adam was located and

arrested in Las Vegas, Nevada. His children were with him and have been taken into the custody of Nevada Child Protective Services.

9. The Requesting State has represented that it will submit a formal request for extradition, supported by the documents specified in the Treaty, within the time required under the Treaty.

WHEREFORE, the undersigned complainant requests that a warrant for the arrest of the person named above be issued in accordance with Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and Canada, and that this complaint and the warrant be placed under the seal of the court, except as disclosure is needed for its execution, until such time as the warrant is executed.

CRISTINA D. SILVA
Assistant United States Attorney

SUBSCRIBED and SWORN to before me this ___th day of November, 2013.

HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3