AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
_____ District of  NEVADA  _____

| United States of America | ) |
|---|---|
| v. | ) Case No.  2:13-mj-00882-VCF |
|  | ) |
| MARC ADAM | ) |
| *Defendant* | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
|  |  | Date and Time: | 11/05/13 at 02:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  November 4, 2013

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

RECEIVED / SERVED ON / COUNSEL/PARTIES OF RECORD
FILED / ENTERED
NOV - 4 2013
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____  DEPUTY