Solange Bergeron &
Marc Adam
2 Rue Marcel-Chaput
Gatineau, Quebec, J9A 3A9

October 10, 2013

# Authorization

I, Solange Bergeron authorize my husband Marc Adam to register our two sons Ali Adam & Nader Adam in a good school.

This authorization shall be valid for three years starting October first, 2013, and as usual I will pay for all the expenses.

My husband and I signed and notarized this authorization at The Gatineau City Hull, 25, Rue Laurier, Gatineau, Quebec, J8X 4C8 on October 10, 2013

M. Ada
Marc Adam

Solange Bergeron
Solange Bergeron

AFFIRMÉ SOLENNELLEMENT
DEVANT MOI À GATINEAU, QUÉBEC
CE 10/10/2013
Chcecob
COMMISSAIRE À L'ASSERMENTATION

COMMISSAIRE À L'ASSERMENTATION
POUR LE QUÉBEC
Chantal Lacoste
# 124 262