RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
State Bar No. 004461
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Marc Adam

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MARC ADAM,<br><br>            Defendant. | 2:13-mj-00882-VCF<br><br>**NOTICE OF APPEARANCE** |

      NOTICE is hereby given that Assistant Federal Public Defender SHARI L. KAUFMAN, will serve as counsel for the above-captioned defendant.

      Counsel's address is as follows:

          Federal Public Defender
          411 E. Bonneville Avenue, Suite 250
          Las Vegas, Nevada 89101

      DATED this 7th day of November, 2013.

                                              RENE L. VALLADARES
                                              Federal Public Defender

                                              */s/ Shari L. Kaufman*
                                              _____
                                              SHARI L. KAUFMAN
                                              Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on November 7, 2013, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE,** by electronic service (ECF) to the person named below:

> DANIEL G. BOGDEN
> United States Attorney
> CRISTINA D. SILVA
> Assistant United States Attorney
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101

*/s/ Blanca Lenzi*
_____
Employee of the Federal Public Defender

O:\TRIAL UNIT\SLK\Adam, Marc\Pleadings\Not of Appr slk.wpd

2