PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT | CASE NO. 2:13-mj-00882-VCF  FILED NOV 4  3:11 PM '13 |
| Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile<br>☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added<br>☐ Indictment  ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: MARC ADAM<br>Address: |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA        Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM: NORMA VIZCARRA, USAO<br>☐ U.S. Atty  ☐ Other U.S. Agency<br>Phone No. (702) 388-6336<br>Name of Asst. U.S. Attorney (if assigned): CRISTINA SILVA | ☐ Interpreter Required   Dialect: _____<br>Birth Date _____   ☒ Male  ☐ Female   ☐ Alien (if applicable) |
| PROCEEDING | |
| Name of Complainant Agency, or Person (& Title, if any) | Social Security Number _____ |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Issue: ☐ Warrant  ☐ Summons<br>Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____<br>☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty  ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br>☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under<br>SHOW DOCKET NO.<br>MAG. JUDGE CASE NO. | Defense Counsel (if any): _____<br>☐ FPD  ☐ CJA  ☐ RET'D<br>☐ Appointed on Target Letter |
| Place of offense: Clark County | ☐ This report amends AO 257 previously submitted |

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS ||||
|---|---|---|---|
| Total # of Counts: 1 ||||
| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|  | 18 U.S.C. § 3184 | Provisional Arrest with a View Towards Extradition | ☒ Felony  ☐ Misdemeanor |
|  |  |  | ☐ Felony  ☐ Misdemeanor |
|  |  |  | ☐ Felony  ☐ Misdemeanor |
|  |  |  | ☐ Felony  ☐ Misdemeanor |
|  |  |  | ☐ Felony  ☐ Misdemeanor |