

DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6698

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION ) | Case No. 2:13-mj-882-VCF |
| ) | |
| OF MARC ADAM TO CANADA ) | <u>AFFIDAVIT</u> |
| ) | |
| Defendant. ) | |

---

### AFFIDAVIT OF WAIVER OF EXTRADITION

I, MARC ADAM, having been fully informed by my attorney, Assistant Federal Public Defender Shari Kaufman, of my rights under the extradition treaty in force between the United States and Government of Canada, and Title 18, United States Code, § 3184 et seq., do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Canada.

My attorney, Shari Kaufman, Esq., with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Canada, the applicable sections of Title 18, United States Code, and the complaint filed by the United States Attorney on behalf of the Government of Canada. I understand that, pursuant to Title 18, United States Code, Section 3184, I am entitled to a hearing at which certain facts would need to be established, including:

(1) that currently there is an extradition treaty in force between the United States and Canada;

1

1    (2) that the treaty covers the offense[s] for which my extradition was requested;

2    (3) that I am the person whose extradition is sought by the Government of Canada; and

3    (4) that probable cause exists to believe that I committed the offense[s] for which extradition was requested.

4    I concede that I am the individual against whom charges are pending in Canada

5    and for whom process is outstanding there.  I fully understand that in the absence of a waiver of

6    my rights, I cannot be compelled to return to Canada unless and until a court in the United

7    States issues a ruling certifying my extraditability and the Secretary of State of the United States

8    orders my extradition by issuing a warrant of surrender.

9    I have reviewed the complaint and I fully understand my right to a hearing at which my

10   counsel and I could challenge the extradition request presented by the Government of Canada.

11   I hereby waive my rights under the extradition treaty and the applicable sections of Title

12   18, United States Code, and agree to be transported in custody, as soon as possible, to the

13   District of Kamouraska in the Province of Québec, Canada, and to remain in custody pending

14   the arrival of agents from the Government of Canada.   No representative, official, or officer of

15   the United States or of the Government of Canada, nor any person whomsoever, has made any

16   promise or offered any other form of inducement nor made any threat or exercised any form of

17   intimidation against me.  I execute this waiver of rights knowingly, voluntarily and entirely of

18   my own free will and accord.

19   Dated this 15th day of November, 2013.

20   M. Ada

21   MARC ADAM

22
23   Shari Kaufman, Esq.
     Attorney for Marc Adam

24                                      2

1    I hereby certify that on this 15th day of November, 2013, MARC ADAM, personally

2    appeared before me and made his oath in due form of law that the statements herein are true.

3

4

Honorable Cam Ferenbach
5                                                       United States Magistrate Judge
District of Nevada
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

3